## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THE MEDICAL PROTECTIVE COMPANY,                         )
                                        )

                **Plaintiff,**            )

vs.                                  )   **CIVIL NO. 02-4121-GPM**

HYUN II KIM, M.D., TERRY JENNINGS, and EARL HENRY JENNINGS,                )

               **Defendants,**      )

and                                 )

HYUN II KIM, M.D.,              )

               **Cross-Claimant,**   )

vs.                                  )

THE MEDICAL PROTECTIVE COMPANY, TERRY JENNINGS, EARL HENRY JENNINGS, and ILLINOIS INSURANCE GUARANTY FUND,                )

               **Cross-Defendants.**   )

## <u>JUDGMENT IN A CIVIL CASE</u>

This action came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that judgment is entered against Plaintiff and in favor of Defendants on Count I of the first amended complaint.  The Court **DECLARES** that The Medical Protective Company policy issued to Dr. Kim provides coverage to him, and The Medical Protective Company has the primary duty to defend and indemnify Dr. Kim in the lawsuit brought by

Terry and Earl Henry Jennings.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Dr. Kim and against The Medical Protective Company on both counts of the counterclaim filed by Dr. Kim. *Doc. 17.*

**IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Kim is awarded damages under the Illinois Insurance Code in an amount equal to any judgment which may be entered in favor of Terry and Earl Jennings in the underlying lawsuit, plus an amount equal to the lesser of $25,000 or 25% of the value of all the claims under the policy which Medical Protective has the duty to pay. Dr. Kim is also awarded his attorney's fees and expenses incurred in prosecuting this action and defending the underlying suit brought by Terry and Earl Jennings.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order entered on November 10, 2004, the Illinois Insurance Guaranty Fund is **DISMISSED with prejudice**. *Doc. 88.* The Illinois Insurance Guaranty Fund is awarded its costs and attorney's fees incurred in the underlying lawsuit filed by Terry and Earl Jennings.

**IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Kim, Terry and Earl Jennings, and the Illinois Insurance Guaranty Fund are awarded their costs.

**DATED**: 03/23/05

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE