IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL NO. 02-4121-GPM<br>) |
| HYUN II KIM, M.D., TERRY JENNINGS, and EARL HENRY JENNINGS, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| HYUN II KIM, M.D., | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| THE MEDICAL PROTECTIVE COMPANY, TERRY JENNINGS, EARL HENRY JENNINGS, and ILLINOIS INSURANCE GUARANTY FUND, | )<br>)<br>)<br>)<br>) |
| Cross-Defendants. | ) |

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that judgment is entered against Plaintiff and in favor of Defendants on all claims in the first amended complaint. The Court **DECLARES** that The Medical Protective Company policy issued to Dr. Kim provides coverage to him, and The

Medical Protective Company has the primary duty to defend and indemnify Dr. Kim in the lawsuit brought by Terry and Earl Henry Jennings.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Dr. Kim and against The Medical Protective Company on both counts of the counterclaim filed by Dr. Kim. *Doc. 17.*

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order entered on November 10, 2004, the Illinois Insurance Guaranty Fund is **DISMISSED with prejudice**. *Doc. 88.*

**IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Kim, Terry and Earl Jennings, and the Illinois Insurance Guaranty Fund are awarded their costs.

**DATED**: 03/14/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge